

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2020

No. 04-19-00891-CV

**WEBB COUNTY**,
Appellant

v.

Juan C. Garcia **LINO**, Individually and as Representative of the Estates of Suleika R. Fonseca Saldivar, Deceased and Alessandra Juliette Garcia, Deceased,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA000356D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on January 6, 2020. *See* TEX. R. APP. P. 35.1(b). On the due date, court reporter Ana L. Alcantar filed a notification of late record. She indicated her other duties have precluded her from working on the record, and she requested an extension of time to file the reporter's record until January 27, 2020.

The request is GRANTED IN PART. The reporter's record is due on January 16, 2020. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court